United States District Court

Eastern District of California

United States of America,

       Plaintiff,           No. Mag. 05-0295-JFM

  vs.                    Detention Order

Gustavo Arellano Decasas,

       Defendant.

-oOo-

A.   <u>Order For Detention</u>

    After conducting a detention hearing pursuant to 18 U.S.C. §
3142(f) of the Bail Reform Act, the Court orders the above-named
defendant detained pursuant to 18 U.S.C. § 3142(e) and (i).

B.   <u>Statement Of Reasons For The Detention</u>

    The Court orders the defendant's detention because it finds:

    <u>  x  </u>      By a preponderance of the evidence that no
condition or combination of conditions will
reasonably assure the appearance of the defendant
as required.

    <u>  x  </u>      By clear and convincing evidence that no condition
or combination of conditions will reasonably assure

1                    the safety of any other person and the community.

2  C.    Findings Of Fact

3        The Court's findings are based on the evidence which was
   presented in Court and that which was contained in the Pretrial
4  Services Report, and includes the following:

5        __x__          (1)  Nature  and Circumstances of the offense
                        charged.
6
              __x__          (a)  The crime.
7
              __x__          (b)  The offense is a crime of violence.
8
              _____          (c)  The offense involves a narcotic.
9
              _____          (d)  The offense involves a large amount of
10                       controlled substances.

11       __x__          (2)  The  weight  of the evidence against the
                        defendant is high.
12
         _____          (3)  The history and characteristics of the
13                       defendant including:

14            _____(a)  General Factors:

15                 _____          The defendant appears to have a mental
                              condition which may affect whether the
16                            defendant will appear.

17                 _____          The defendant has no family ties in the
                              area.
18
                   _____          The defendant has no steady employment.
19
                   _____          The defendant has no substantial
20                            financial resources.

21                 _____          The defendant is not a long time resident
                              of the community.
22
                   _____          The defendant does not have any
23                            significant community ties.

24                 _____          Past conduct of the defendant:

25                 _____          The defendant has a history relating to
                              drug abuse.
26

_____    The defendant has a significant prior criminal record.

_____    The  defendant has a prior record of failure to appear at court proceedings.

(b)  Whether the defendant was on probation, parole, or release by a court;

At the time of the current arrest, the defendant was on:

_____    Probation.

_____    Parole.

_____    Release pending trial, sentence, appeal or completion of sentence.

(c)  Other Factors

_____    The defendant is an illegal alien and is subject to deportation.

_____    The defendant is a legal alien and will be subject to deportation if convicted.

  x      Other:   Motion was not opposed.

  x      (4)  Rebuttable Presumptions

In determining that the defendant should be detained, the court also relied on the following rebuttable presumption(s) contained in 18 U.S.C. § 3142(e), which the court finds the defendant has not rebutted:

_____    (a)  (1) The crime charged is one described in § 3142(f)(1)

_____    (A) a crime of violence; or

_____    (B) an offense for which the maximum penalty is life imprisonment or death; or

_____    (C) a controlled substance violation that has a maximum penalty of ten years or more; or

_____    (D)  a  felony  and  defendant

3

1                                    previously was convicted of two or
                                     more of the offenses described in
2                                    (A) through (C) above <u>and</u>

3                    (2)  Defendant previously has been convicted
                          of  one  of  the  crimes  listed  in
4                         subparagraph (1)(A)-(C), above <u>and</u>

5                    (3)  The offense referred to in subparagraph
                          (2) was committed while defendant was on
6                         release pending trial <u>and</u>

7                    (4)  Not more than five years has elapsed
                          since the date of conviction or release
8                         from  imprisonment  for  the  offense
                          referred to in subparagraph (2).
9
      <u>  x  </u>      (b)  There is probable cause to believe that
10                           defendant committed an offense for which
                             a maximum term of imprisonment of ten
11                           years or more is prescribed

12           <u>      </u>       in the Controlled Substances Act, 21
                                 U.S.C. §§ 801, et seq.,
13
             <u>      </u>       the Controlled Substances Act , 21 U.S.C.
14                               §§ 951, et seq.,

15           <u>      </u>       the Maritime Drug Law Enforcement Act, 46
                                 U.S.C. App. §§ 1901, et seq., or
16
             <u>  x  </u>        an  offense  under  18 U.S.C.  §§  924(c),
17                               956(a), or 2332b.

18           <u>      </u>       an offense under 18 U.S.C. §§ 1201, 1591,
                                 2241,  2242,  2244(a)(1),  2245,  2251,
19                               2251A,    2252(a)(1),    2252(a)(2),
                                 2252(a)(3),  2252A(a)(1),  2252A(a)(2),
20                               2252A(a)(3),  2252A(a)(4),  2260,  2421,
                                 2422, 2423 or 2425.
21
D.    <u>Additional Directives</u>
22
      Pursuant to 18 U.S.C. § 3142(i)(2)-(4), the Court directs
23   that:

24        The defendant be committed to the custody of the Attorney
     General for confinement in a corrections facility separate, to the
25   extent practicable, from persons awaiting or serving sentences or
     being held in custody pending appeal; and
26

                                    4

1    The defendant be afforded reasonable opportunity for private consultation with his counsel; and

2

3    That, on order of a court of the United States, or request of an attorney for the Government, the person in charge of the corrections facility in which the defendant is confined deliver the

4    defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding.

5

6    Dated: October 17, 2005

7

8                                    /s/ Peter A. Nowinski
                                     Peter A. Nowinski
9                                    Magistrate Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26